Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DRAKE COLLIER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>    Defendant | Case No.: 2:17-cv-01486-APG-PAL<br><br>**NOTICE OF SETTLEMENT WITH TRANS UNION LCC PURSUANT TO FRCP 41(A)(1)(A)(II)** |

PLEASE TAKE NOTICE that Plaintiff DRAKE COLLIER and Defendant TRANS UNION LLC., have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Trans Union LLC, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Trans Union

NOTICE OF SETTLEMENT WITH TRANS UNION LCC PURSUANT TO FRCP 41(A)(1)(A)(II) - 1

LLC, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Trans Union LLC.

Dated this 21st day of August, 2017.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **October 20, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: August 22, 2017

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT WITH TRANS UNION LCC PURSUANT TO FRCP 41(A)(1)(A)(II) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF TRANS UNION LLC.\, PURSUANT TO FRCP 41(a)(1)(A)(ii)** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

NOTICE OF SETTLEMENT WITH TRANS UNION LCC PURSUANT TO FRCP 41(A)(1)(A)(II) - 3