UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DRAKE COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-01486-APG-PAL<br><br>**ORDER GRANTING PENDING MOTIONS**<br><br>(ECF Nos. 22, 23, 24, 29) |

The plaintiff moved for leave to file an amended complaint. ECF Nos. 22, 23. The defendants have not opposed that motion. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Thus, the plaintiff's motion will be granted.

The plaintiff also moved to file under seal exhibits E and F to his motion for leave. ECF No. 24. Defendant Experian agrees that those documents should be sealed as confidential and proprietary business records. ECF No. 26. Good cause supports granting that motion. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).

Finally, the plaintiff inadvertently filed a "notice of non-opposition" to his motion for leave to amend. ECF No. 28. The plaintiff now realizes that the notice was filed in the wrong case, and thus seeks to withdraw it. ECF No. 29. The motion to withdraw is granted.

IT IS THEREFORE ORDERED that the plaintiff's pending motions **(ECF Nos. 22, 23, 24, and 29) are GRANTED.** The clerk of court shall maintain ECF No. 23 under seal.

DATED THIS 20th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE