Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DRAKE COLLIER, and all similarly situated individuals,<br><br>    Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:17-cv-1486-APG-PAL<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Plaintiff DRAKE COLLIER and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian with prejudice, within 60 days. Plaintiff requests that all pending dates

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 1

and filing requirements as to Experian be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Experian.

Dated this 25th day of October, 2017.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **December 26, 2017**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Date: October 26, 2017

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** was served via CM/ECF the Court's electronic service system to all parties appearing in this case.

*/s/ Miles N. Clark*
KNEPPER & CLARK LLC

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 3